| | |
|---|---|
| 1 | DANIEL M. FEINBERG – CA State Bar No. 135983 |
| 2 | VINCENT CHENG - CA State Bar No. 230827 |
| | LEWIS, FEINBERG, RENAKER & JACKSON, P.C. |
| 3 | 1330 Broadway, Suite 1800 |
| | Oakland, CA  94612 |
| 4 | Telephone: (510) 839-6824 |
| | Facsimile: (510) 839-7839 |

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO AGUILAR, individually and on behalf of all other similarly situated, | Case No. CV-F-05-00032 OWW LJO |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING CASE DEADLINES** |
| v. | |
| MELKONIAN ENTERPRISES, INC., and MARK MELKONIAN | [Civil L.R. 83-143] |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the date set forth in the Court's Scheduling Order of May 4, 2005, concerning Plaintiff Arturo Aguilar's joinder of Quick & Reilly, Inc. be enlarged as set forth below.  Good cause exists for the enlargement of this date as a result of the additional time that the parties need to meet and confer to resolve the outstanding discovery issues as follows:

1. Plaintiff is contemplating whether or not to amend the Complaint to name an additional defendant, Quick & Reilly, Inc., recently merged with Banc of America Investment Services, Inc., on the theory that Quick & Reilly, Inc. rendered investment advice to Defendants fee.

///

1    2.    In its May 4, 2005 Scheduling Conference Order, the Court set the date
2 of August 4, 2005 as the deadline for discovery concerning joinder of Quick & Reilly, Inc.
3    3.    The parties are currently engaged in discovery.
4    4.    The parties are in the process of meeting and conferring to resolve
5 outstanding discovery issues, which include documents that Plaintiff believes may relate to the
6 determination of joinder of Quick & Reilly, Inc. to this action.
7    5.    The parties have agreed to move the dates for the depositions of Plaintiff
8 and Defendants to late August in order to resolve outstanding discovery issues in advance of
9 said depositions.
10    6.    The parties have not requested any prior extensions relating to discovery
11 deadlines in this action.
12    Based on the foregoing, **IT IS HEREBY STIPULATED AND AGREED** by
13 and between Plaintiff Arturo Aguilar and Defendants Melkonian Enterprises, Inc. and Mark
14 Melkonian, by and through their respective counsel of record herein as follows:
15    1.    To enlarge the cut-off date for discovery concerning joinder of Quick &
16 Reilly, Inc. to September 12, 2005.

Dated:  July 15, 2005           LEWIS, FEINBERG,
                                RENAKER & JACKSON, P.C.


                                By:    /s/ Vincent Cheng
                                       Vincent Cheng
                                       Attorneys for Plaintiff  Arturo Aguilar


Dated:  July 15, 2005           SAGASER, JONES & HAHESY


                                By:    /s/ William C. Hahesy
                                       William C. Hahesy
                                       Rose M. Huelskamp
                                       Attorneys for Defendants Melkonian
                                       Enterprises, Inc. and Mark Melkonian

{6493/002/00173205.DOC}              2
_____
STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES

# ORDER

The Court, having reviewed the foregoing stipulation and good cause appearing, hereby continues the discovery deadline relating to the joinder of Quick and Reilly as follows:

1. Plaintiff Arturo Aguilar shall complete its investigation and discovery concerning joinder of Quick & Reilly, Inc. on or before September 12, 2005.

**IT IS SO ORDERED**.

Dated:   July 22        , 2005                /s/ OLIVER W. WANGER
                                              Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE