SAGASER, JONES & HAHESY
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632

Telephone:  (559) 233-4800

William C. Hahesy #105743
Rose M. Huelskamp #229173

Attorneys for:  Defendants Melkonian Enterprises, Inc., and Mark Melkonian

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO AGUILAR, individually and on behalf of all other similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>MELKONIAN ENTERPRISES, INC., and MARK MELKONIAN<br><br>     Defendants. | Case No. **CV-F-05-00032 OWW LJO**<br><br>**ORDER REGARDING STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS REGARDING THE SETTLEMENT CONFERENCE AND CONFIDENTIAL SETTLEMENT CONFERENCES STATEMENT DATES** |

The Court having reviewed the foregoing Stipulation and good cause and therefore:

IT IS HEREBY ORDERED that the date for the Settlement Conference shall be continued from November 29, 2006 to December 12, 2005, at 9:00 a.m. in Courtroom 6 before the Honorable Lawrence J. O'Neill, United States Magistrate Judge.

IT IS FURTHER ORDERED that the date for the parties to submit a confidential settlement conference statement directly to the Magistrate Judge's chambers is December 5, 2005.

It is further ordered that all other dates shall remain unaffected by this Stipulation and Order.

IT IS SO ORDERED.

**Dated:   November 16, 2005    /s/ Lawrence J. O'Neill**

66h44d                              UNITED STATES MAGISTRATE JUDGE