1  **SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
2  Post Office Box 1632
Fresno, California  93717-1632
3  Telephone:  (559) 233-4800

4  William C. Hahesy #105743
Rose M. Huelskamp #229173
5

6  Attorneys for:  Defendants Melkonian Enterprises, Inc., and Mark Melkonian

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

9  ARTURO AGUILAR, individually and on       Case No. CV-F-05-00032 OWW LJO
   behalf of all other similarly situated,
10                                           **STIPULATION RE EXTENSION OF**
                 Plaintiffs,                 **TIME TO FILE MOTION FOR**
11                                           **PRELIMINARY APPROVAL FOR**
                                             **CLASS ACTION SETTLEMENT**
12     v.                                    **AND ORDER THEREON**

   MELKONIAN ENTERPRISES, INC., and
13 MARK MELKONIAN

14               Defendants.

15

16

17          Plaintiff Arturo Aguilar and Defendants Melkonian Enterprises, Inc. and Mark

18  Melkonian, by and through their respective attorneys of record, hereby STIPULATE and

19  AGREE as follows:

20          1.      The parties participated in a settlement conference in December of 2005;

21          2.      Subsequent to participation in the settlement conference, the parties have

22  prepared and negotiated a Joint Stipulation of Settlement, which has now been signed by all

23  parties.

24          3.      As a result of the execution of the Joint Stipulation of Settlement, the

25  Plaintiff will be preparing and filing a motion for preliminary approval of the class action

26  settlement.  The parties request that the court extend the time for the Plaintiff to file this motion

27  to and including August 18, 2006.

28  ///

{6493/002/00193086.DOC}                      1

PDF created with pdfFactory trial version www.pdffactory.com

1         4.     As a result of this Stipulation, the parties' further request that the court

2    vacate the Minute Order entered July 12, 2006 requesting that a stipulated dismissal be filed.

3    Due to the fact that this matter is proceeding as a class action, the court will be considering a

4    motion for preliminary approval and ultimately a motion for final approval.

5    DATED:  July 13, 2006.                           LEWIS, FEINBERG, RENAKER

6                                             & JACKSON, P.C.

7                                By:  _____ /s/ Vincent Chen _____

8                                      Daniel M. Feinberg

9                                      Vincent Cheng

10                                     Attorneys for Plaintiff

11                                     Arturo Aguilar

12   DATED:  July 13, 2006.                           SAGASER, JONES & HAHESY

13

14                               By:  _____ /s/ William C. Hahesy _____

15                                     William C. Hahesy,

16                                     Attorneys for Defendants

17                                     Melkonian Enterprises, Inc., and

18                                     Mark Melkonian

19   <u>**ORDER**</u>

20        The court having reviewed the foregoing Stipulation and good cause appearing

21   therefor.

22        **IT IS HEREBY ORDERED** that the Plaintiff shall file the motion for

23   preliminary approval by no later than August 18, 2006.

24   Dated:  July __14___, 2006                    _/s/ OLIVER W. WANGER_____

25                                     Honorable Oliver W. Wanger

26                                     Judge of the United States District Court

27

28

{6493/002/00193086.DOC}         2

PDF created with pdfFactory trial version www.pdffactory.com