# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO AGUILAR, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MELKONIAN ENTERPRISES, INC., and MARK MELKONIAN<br><br>Defendants. | Case No. **CV-F-05-00032 OWW LJO**<br><br>**ORDER CONDITIONALLY CERTIFYING SETTLEMENT CLASS, PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, APPROVING NOTICE OF CLASS ACTION SETTLEMENT, AND SETTING HEARING FOR FINAL APPROVAL** |

This Court has considered Plaintiff's Motion for Order Conditionally Certifying a Settlement Class, Preliminarily Approving the Joint Stipulation of Settlement ("Joint Stipulation"), Approving Notice of Class Action Settlement, Approving Attorneys' Fees for Class Counsel and Setting the Final Settlement Hearing, and the papers submitted in support thereof. The Court has also reviewed and considered the Joint Stipulation as well as the documents filed in support thereof, and the Court finds as follows:

**IT IS HEREBY ORDERED THAT:**

1. This Order incorporates by reference the definitions set forth in the Joint Stipulation and all terms defined therein shall have the same meaning in this Order.

///

///

{6493/002/00197752.DOC}     1

PDF created with pdfFactory trial version www.pdffactory.com

2. The Court finds that the Class, as defined in the Joint Stipulation, meets all the requirements for class certification of a settlement class pursuant to Rule 23(b)(1) and (b)(2) of the Federal Rules of Civil Procedure. The Court hereby conditionally certifies the Class for settlement purposes only. In the event the Final Judgment is overturned, reversed, not affirmed in its entirety or never becomes final, the Effective Date of the Joint Stipulation does not occur, or the Joint Stipulation is nullified or invalidated for any reason, the fact that the Parties were willing to stipulate to class certification only as part of the Joint Stipulation shall have no bearing on, nor be admissible in connection with, any issue in this Action or in any other action.

3. Arturo Aguilar, the Representative Plaintiff, is hereby appointed and designated as the Representative Plaintiff and the representative of the Class for all purposes.

4. The following attorneys are hereby appointed and designated as counsel for the Representative Plaintiff and the Class ("Class Counsel"):

> Daniel Feinberg, Esq.
> Vincent Cheng, Esq.
> Lewis, Feinberg, Renaker & Jackson, P.C.
> 1330 Broadway, Suite 1800
> Oakland, CA  94612
> Telephone: (510) 839-6824
> Facsimile: (510) 839-7839

Class Counsel are authorized to act on behalf of the Representative Plaintiff and the Class with respect to all acts or consents required by or which may be given pursuant to the Joint Stipulation and such other acts reasonably necessary to consummate the Joint Stipulation. The authority of Class Counsel includes entering into any modifications or amendments to the Joint Stipulation on behalf of the Representative Plaintiff and the Class which they deem appropriate.

///
///
///
///

{6493/002/00197752.DOC}   2

[PROPOSED] ORDER CONDITIONALLY CERTIFYING SETTLEMENT CLASS, PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, APPROVING NOTICE OF CLASS ACTION SETTLEMENT, AND SETTING HEARING FOR FINAL APPROVAL

PDF created with pdfFactory trial version www.pdffactory.com

5. The class action settlement set forth in the Joint Stipulation appears to be proper and falls within the range of reasonableness and appears to be presumptively valid subject only to resolution of any valid objections that may be raised at the Final Settlement Hearing. The Court hereby preliminarily approves the Settlement under Rule 23(e) of the Federal Rules of Civil Procedure.

6. The Joint Stipulation between Plaintiff and Defendants, which is attached hereto as Exhibit "A" and incorporated herein, is hereby preliminarily approved.

7. The payment of Ten Thousand Dollars ($10,000.00) to the Representative Plaintiff is preliminarily approved.

8. The attorneys' fees and costs requested by Class Counsel in the amount of Seventy-Five Thousand Dollars ($75,000.00) in connection with their work in this Action are hereby preliminarily approved.

9. Rosenthal & Company, LLC is hereby appointed as Settlement Administrator and is hereby authorized to perform all of the duties, tasks and other activities set forth in the Joint Stipulation and the orders of this Court.

10. The proposed Notice to the Class is hereby found to be the best notice practicable under the circumstances, and constitutes due and sufficient notice, in full compliance with the requirements of Rule 23(e) of the Federal Rules of Civil Procedure. Notice shall be mailed to the Class in substantially the form attached hereto as Exhibit "B" and incorporated herein. The Notice shall be printed in both English and Spanish. Social Security numbers of Class Members shall not be included on the Notice. The Notice shall be sent by the Settlement Administrator to each Class Member by first class mail no later than November 3, 2006.

11. The Claim Period is January 6, 1999 to October 2, 2006.

///

///

///

{6493/002/00197752.DOC}   3

[PROPOSED] ORDER CONDITIONALLY CERTIFYING SETTLEMENT CLASS, PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, APPROVING NOTICE OF CLASS ACTION SETTLEMENT, AND SETTING HEARING FOR FINAL APPROVAL

PDF created with pdfFactory trial version www.pdffactory.com

12. The Class is defined as follows: all participants in and beneficiaries of both Plans from January 6, 1999 through October 2, 2006, excluding Dennis Melkonian, Douglas Melkonian, Mark Melkonian, Susan Melkonian, also known as Marla Sloane, Victoria Melkonian and Violet Melkonian.

13. The Court preliminarily adjudicates that the Pension Plan has been and is terminated effective July 1, 2001, and that all assets were then merged into the Profit Sharing Plan. The Court further adjudicates that no Class Member shall be or is entitled to any contribution to, under, by or through the Pension Plan after March 31, 2001.

14. The Court sets the following dates for purposes of this class action:

    a. Class Data: Defendants to provide the information set forth in Section 9 of the Joint Stipulation to the Settlement Administrator and Class Counsel by October 13, 2006.

    b. First Mailing of Notice to Class: By November 3, 2006.

    c. Follow-up Mailing of Notice Where First Mailing is Returned: To be completed as needed within a reasonable time, but no later than November 20, 2006.

    d. Publication of Summary Notice: Not applicable at this time.

    e. Objection Deadline: All objections to the Joint Stipulation to be heard at the Final Settlement Hearing and all written notices of intent to appear at the Final Settlement Hearing as described more further in Section 15 of the Joint Stipulation must be filed with the Court and served on Class Counsel and Defendant' Counsel by no later than December 11, 2006.

    f. Settlement Administrator's Declaration of Due Diligence and Proof of Mailing to Class Members: Must be filed with Court and must be sent to Class Counsel and Defendants' Counsel by: December 11, 2006.

///

{6493/002/00197752.DOC}   4

[PROPOSED] ORDER CONDITIONALLY CERTIFYING SETTLEMENT CLASS, PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, APPROVING NOTICE OF CLASS ACTION SETTLEMENT, AND SETTING HEARING FOR FINAL APPROVAL

PDF created with pdfFactory trial version www.pdffactory.com

1    g.   Deadline to file any supplemental briefs in support of Final Settlement Hearing: December 30, 2006.

2    h.   Final Settlement Hearing: January 22, 2007, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 10/13/2006          _____/s/ Oliver W. Wanger_____
                           Judge Oliver W. Wanger
                           United States District Court
                           Eastern District Of California

{6493/002/00197752.DOC}                5

[PROPOSED] ORDER CONDITIONALLY CERTIFYING SETTLEMENT CLASS, PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, APPROVING NOTICE OF CLASS ACTION SETTLEMENT, AND SETTING HEARING FOR FINAL APPROVAL

PDF created with pdfFactory trial version www.pdffactory.com