| | |
|---|---|
| 1 | **SAGASER, JONES & HAHESY** |
| 2 | 2445 Capitol Street, 2nd Floor<br>Post Office Box 1632 |
| 3 | Fresno, California  93717-1632<br>Telephone:  (559) 233-4800 |
| 4 | William C. Hahesy #105743 |
| 5 | Rose M. Huelskamp #229173 |
| 6 | Attorneys for:  Defendants Melkonian Enterprises, Inc., and Mark Melkonian |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO AGUILAR, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MELKONIAN ENTERPRISES, INC., and MARK MELKONIAN<br><br>Defendants. | Case No. **CV-F-05-00032 OWW LJO**<br><br>**CLASS ACTION**<br><br>**STIPULATION RE SETTLEMENT ADMINISTRATION COSTS AND ORDER THEREON** |

The Plaintiff and Class and Defendants Melkonian Enterprises and Mark Melkonian, by and through their respective counsel of record, hereby STIPULATE and AGREE as follows:

1.   The Court has approved the Joint Stipulation of Settlement in the above-referenced matter.

2.   The Court entered Judgment in this matter on January 24, 2007.  The parties, through the settlement administrator, have served Notice of the Entry of the Judgment.  The court has retained jurisdiction of all matters relating to the administration of the settlement.

3.   The parties are in the process of preparing for the distribution of the settlement funds and finalizing other closing matters in this case.

///

PDF created with pdfFactory trial version www.pdffactory.com

4. Pursuant to the Joint Stipulation of Settlement, monies were deposited with the Plaintiff's counsel. Those monies have been held in escrow and have been earning interest since deposit. The Joint Stipulation of Settlement provides that any interest earned on the deposit funds will be used first to pay any costs of escrow and the remaining interest may be used by Defendants to pay the cost of the settlement administration.

5. The parties anticipate that the cost of settlement administration may exceed the amount of interest earned on the deposited settlement funds.

6. As a result, the parties stipulate, agree and request that the Court order that the monies necessary to pay all the costs of settlement administration will be paid by Defendant Melkonian Enterprises, Inc. into the settlement fund, and that the costs of settlement administration will be paid to the settlement administrator from the funds deposited by Melkonian Enterprises, Inc. and the interest earned on the deposited settlement funds over and above the amount necessary to pay costs of escrow.

Dated: March 20, 2007        **LEWIS, FEINBERG, LEE, RENAKER & JACKSON**

By: ___/s/  Daniel Feinberg_____
    Daniel Feinberg,
    Vincent Cheng
    Attorney for Plaintiff and Class

Dated: March 20, 2007        **SAGASER, JONES & HAHESY**

By: ___/s/  William C. Hahesy_____
    William C. Hahesy,
    Attorneys for Defendants
    Melkonian Enterprises, Inc., and
    Mark Melkonian

PDF created with pdfFactory trial version www.pdffactory.com

1  **ORDER**

2  The court having reviewed the foregoing Stipulation, and good cause appearing

3  therefore:

4  **IT IS SO ORDERED.**

5  Dated:  March 13, 2007           /s/ Oliver W. Wanger
                                    Honorable Oliver W. Wanger
6                                   Judge Of The U.S. District Court
7                                   Eastern District Of California

{6493/002/00204951.DOC}               3

STIPULATION RE SETTLEMENT ADMINISTRATION COSTS AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com