1

**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
2  Post Office Box 1632
Fresno, California  93717-1632
3  Telephone:  (559) 233-4800

4  William C. Hahesy #105743
Rose M. Huelskamp #229173
5

6  Attorneys for:  Defendants Melkonian Enterprises, Inc., and Mark Melkonian

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  ARTURO AGUILAR, individually and on      Case No. **CV-F-05-00032 OWW LJO**
behalf of all other similarly situated,
11                                          **CLASS ACTION**
          Plaintiffs,
12                                          **STIPULATION RE SETTLEMENT**
          v.                                **ADMINISTRATION COSTS AND**
13                                          **ORDER THEREON**
MELKONIAN ENTERPRISES, INC., and
14  MARK MELKONIAN

15          Defendants.

16

17          The Plaintiff and Class and Defendants Melkonian Enterprises and Mark

18  Melkonian, by and through their respective counsel of record, hereby STIPULATE and

19  AGREE as follows:

20          1.      The Court has approved the Joint Stipulation of Settlement in the

21  above-referenced matter.

22          2.      The Court entered Judgment in this matter on January 24, 2007.  The

23  parties, through the settlement administrator, have served Notice of the Entry of the

24  Judgment.  The court has retained jurisdiction of all matters relating to the administration of

25  the settlement.

26          3.      The parties are in the process of preparing for the distribution of the

27  settlement funds and finalizing other closing matters in this case.

28  ///

{6493/002/00204951.DOC}                    1

STIPULATION RE SETTLEMENT ADMINISTRATION COSTS AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

4.      Pursuant to the Joint Stipulation of Settlement, monies were deposited with the Plaintiff's counsel.  Those monies have been held in escrow and have been earning interest since deposit.  The Joint Stipulation of Settlement provides that any interest earned on the deposit funds will be used first to pay any costs of escrow and the remaining interest may be used by Defendants to pay the cost of the settlement administration.

5.      The parties anticipate that the cost of settlement administration may exceed the amount of interest earned on the deposited settlement funds.

6.      As a result, the parties stipulate, agree and request that the Court order that the monies necessary to pay all the costs of settlement administration will be paid by Defendant Melkonian Enterprises, Inc. into the settlement fund, and that the costs of settlement administration will be paid to the settlement administrator from the funds deposited by Melkonian Enterprises, Inc. and the interest earned on the deposited settlement funds over and above the amount necessary to pay costs of escrow.

Dated:  February 20, 2007             **LEWIS, FEINBERG, LEE, RENAKER & JACKSON**

By:      /s/  Daniel Feinberg
          Daniel Feinberg,
          Vincent Cheng
          Attorney for Plaintiff and Class


Dated: February 20, 2007              **SAGASER, JONES & HAHESY**

By:      /s/  William C. Hahesy
          William C. Hahesy,
          Attorneys for Defendants
          Melkonian Enterprises, Inc., and
          Mark Melkonian

{6493/002/00204951.DOC}                      2

STIPULATION RE SETTLEMENT ADMINISTRATION COSTS AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

The court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS SO ORDERED.**

Dated:  March 13, 2007                        /s/ Oliver W. Wanger
                                                      Honorable Oliver W. Wanger
                                                      Judge Of The U.S. District Court
                                                      Eastern District Of California

{6493/002/00204951.DOC}                    3

STIPULATION RE SETTLEMENT ADMINISTRATION COSTS AND ORDER THEREON